UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADECCO USA, INC., ADO STAFFING, INC.,

    Plaintiffs,

  v.

STAFFWORKS, INC., ANITA VITULLO, KAREN WALSER, VICKI RODABAUGH, DEBORAH ROHDE, MAURICA GLORIA, BRIANNA FLINT, TAYLER FRAVEL, KAREN STANDFORD, AND SHELLY KRANZ,

    Defendants.

---

6:20-cv-00744-MAD-TWD

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mary Jane R. Morley, Esq. of Phillips Lytle LLP hereby appears in this action as counsel for defendants, Staffworks, Inc., Anita Vitullo, Karen Walser, Vicki Rodabaugh, Deborah Rohde, Maurica Gloria, Brianna Flint, Tayler Fravel, Karen Standford, and Shelly Kranz.

Dated: Buffalo, New York
       December 17, 2021

PHILLIPS LYTLE LLP

By: /s/ Mary Jane R. Morley
    Mary Jane R. Morley
Attorneys for Defendants
*Staffworks, Inc., Anita Vitullo, Karen Walser, Vicki Rodabaugh, Deborah Rohde, Maurica Gloria, Brianna Flint, Tayler Fravel and Karen Standford, and Shelly Kranz*
One Canalside
125 Main Street
Buffalo, New York  14203
Telephone No. (716) 847-8400
mmorley@phillipslytle.com

Doc #10128337.1